IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINIQUE REYES                                                    PLAINTIFF

v.                          Case No. 4:11-cv-133-DPM

FAULKNER COUNTY
DETENTION CENTER                                                   DEFENDANT

ORDER

Reyes's amended complaint is due in two days. But her court-appointed lawyer states that despite his requests that Reyes make an appointment to discuss her case, she has not done so. He therefore has not been able to talk to his client and is understandably "reluctant to guess at the facts required to amend [Reyes's] complaint." *Document No. 20, at 1.* In light of these circumstances, the Court grants Reyes's counsel more time to try to effectively communicate with his client. Reyes's amended complaint is due 30 August 2011. If Reyes still fails to work with counsel to plan her case before that date, counsel may file a motion to be relieved. The Court cautions Reyes that if she wishes to keep her court-appointed lawyer, she must talk with him and meet with him to discuss her claims immediately. To that end,

the Clerk is directed to send a copy of this Order to Reyes at her physical address.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2011